UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA KELLIER,

    Plaintiff,

-against-

NAICA ANTHONY ACOSTA, DHS MRS. MONTAGNA; DHS MRS. HYLER; NAICA JULIUS DOE; OFFICER CHEUNG DOE 5TH PRECINCT; SKYWAY MEN'S SHELTER,

    Defendants.

21-CV-3923 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued May 26, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 21-CV-3921. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    May 26, 2021
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                          Chief United States District Judge